# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Felicia Ann Underdue, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14cv183-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Bank, N.A., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

June 20, 2016

Frank G. Johns, Clerk
United States District Court